**COASTAL FLYING CLUB, LLC, et al., Appellants**

v.

**Robert H. CHAMBERS, et al., Appellees.**

**No. 05–12–01462–CV.**

Court of Appeals of Texas, Dallas.

Jan. 29, 2013.

Edward M. Edson, Dallas, for appellants.

Randall Jack Shafer, Dallas, Heath Grob, Rockwall, for appellees.

Before Chief Justice WRIGHT and Justices LANG–MIERS and LEWIS.

## OPINION

Opinion by Chief Justice WRIGHT.

Before the Court is appellants' January 13, 2013 unopposed motion to dismiss this appeal. In the motion, appellants state they no longer wish to prosecute this appeal. We grant appellants' motion and dismiss the appeal. *See* TEX.R.APP. P. 42.1(a)(1).